IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 6:10-257 |
| | ) | |
| vs. | ) | 21 U.S.C. § 841(a) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| **DEDRIC LOUIS JOHNSON** | ) | |
| | | SEALED INDICTMENT |

THE GRAND JURY CHARGES:

That on or about May 26, 2009, in the District of South Carolina, the Defendant, **DEDRIC LOUIS JOHNSON**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute 5 grams or more of cocaine base (commonly known as "crack" cocaine), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A _TRUE_ Bill

REDACTED
FOREPERSON

REDACTED
KEVIN F. MCDONALD    (AMB/twd)
ACTING UNITED STATES ATTORNEY